IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL RUFFIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                    CASE NO. 1D16-3546

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed September 14, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Michael Ruffin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.